# EXHIBIT 1

# NEWSMAXMEDIA

560 Village Boulevard, Suite 120, West Palm Beach, FL 33409
Tel: 561.686.1165 Fax: 561.686.8640

## MARKETING AGREEMENT

AGREEMENT made between the undersigned Deborah Johns Newsletter (hereinafter "List Owner") and Newsmax Media, Inc., ("Marketer"), sometimes together referred to as the "Parties".

WHEREAS, List Owner desires to appoint the Marketer as its exclusive agent for the marketing and rental of advertising space in emails to be distributed by List Owner to the e-mail addresses described as follows (hereinafter referred to as the "List"):

- *Deborah Johns Newsletter* (approximately 100,000 names and corresponding e-mail addresses, as may be updated from time to time)

WHEREAS, the Parties desire to set forth the terms and conditions under which the Marketer will market and rent advertising space for emails distributed to said List. NOW, in consideration of the mutual promises contained herein and other good and valuable consideration, it is agreed as follows:

1. Services. List Owner hereby grants to Marketer the exclusive right during the Term (as defined below) to market and rent advertising space in emails to be distributed to the List. Marketer will maintain and update the List (additions and deletions) on a monthly basis, and agrees to honor all opt-out (unsubscribe) requests. **List Owner affirms that the List is comprised of opt-in subscribers.** The List shall remain the sole property of List Owner.

2. Rental Price. Advertising space in emails to the List ("Ad Space") shall be offered for rental by the Marketer [at a mutually agreed upon price] ("Rental Price"). The Parties agree that Rental Prices may vary as between Exclusive Ads (advertisements that are sole purpose of an email distribution) and Sponsored Ads (advertisements that are included with other content in an email distribution).

3. List Advertising Agreements. The Marketer and List Owner agree that each rental shall be in accordance with the terms of a list advertising agreement to be entered into by Marketer and each Intermediary (as such term is defined below). Each List Advertising Agreement shall contain the terms set forth on Schedule A hereto, unless otherwise agreed by Marketer and List Owner. In addition to any other covenants and agreements of List Owner set forth in the List Advertising Agreement, List Owner agrees to distribute specified content to the List in accordance with each Rental Agreement.

4. Intermediaries. The List Owner agrees that the Marketer may promote and market Ad Space for rental to brokers, agencies, direct e-mailers, and direct advertisers (collectively referred to as "Intermediary") **List Owner agrees Marketer may use name, logo, and/or image/likeness of List Owner for the purposes of marketing the List for rental and Ad Space.**

5. Content and Affiliates. List Owner will retain control over all content, editorial and advertising, sent to its email list by Marketer and/or direct affiliates of Marketer, without the approval of Marketer. List Owner agrees that all third party marketing to list by parties other than List Owner and direct affiliates, such as promotional emails, advertising, or revenue share emails, shall fall under the terms of this agreement, with the marketer receiving appropriate commissions as detailed herein. **List Owner may request that Marketer prepare content for emails sent to the List. List Owner will approve of any content prepared for by Marketer used by List Owner in its List. Marketer will charge a fee, to be agreed in separately in writing or via email, for the cost of such content. Such costs will be deducted monthly from the monthly payment Marketer makes to List Owner. {We may also agree to provide email distribution services for a fee]**

6. Commission. In consideration of the marketing and rental services provided hereunder, Marketer shall receive a commission (each a "Commission") **of (i) fifty percent (50%) of the Rental Price** paid by all

1

Clients. List Owner authorizes Marketer to deduct Marketer's Commissions from all Rental Price payments. Unless otherwise agreed by List Owner, any broker and agency commissions are to be paid from Marketer's Commission, and shall not be the responsibility of List Owner.

Notwithstanding anything to the contrary herein, if Marketer or any of its affiliates purchases an Exclusive or Sponsorship Ad from List Owner agrees that Marketer will receive a 50% discount from the then-current open rate Ads

7. Marketing. List Owner agrees to offer a prominent button on its web site to "Advertise in Deborah Johns Newsletter Emails", and to incorporate a visible text link at the bottom of every email sent to the List,– which will link to an online media kit on Newsmax.com offering Deborah Johns Newsletter email Ad Space available for rental through Marketer.

8. Survey. Once a year, List Owner agrees to send an online survey created by Marketer to the List, for the purposes of demographic information. The survey will be subject to the List Owner's approval.

9. Term. The "Term" of this Agreement shall be effective upon the date hereof and shall continue for a period of one year, and shall automatically be renewed for successive periods of one (1) year each unless cancellation notification is provided by either party no later than 30 days prior to contract expiration. During the first year of this contract either party can cancel with 30 days written notice as specified in this agreement. Cancellation notification shall be delivered to the address set forth in this Agreement by certified mail with return receipt. Notice shall be deemed given on the date of receipt. Notwithstanding any such notice, Marketer may continue to rent Ad Space through the date of cancellation.

10. Effect of Cancellation. In the event of cancellation or termination of this Agreement for any reason, (i) List Owner agrees to fulfill its obligations (including distribution of emails containing agreed content to the List) under List Advertising Agreements entered into prior to the date of cancellation or termination; and (ii) Marketer agrees to pay to List Owner any unpaid Royalties (as defined below) due in connection with List Advertising Agreements entered into prior to the date of cancellation or termination. The obligations of the Parties under this Paragraph shall survive the expiration or termination of this Agreement.

11. Records. Marketer shall keep record of all Ad Space rentals, collections and invoicing. Marketer shall provide the List Owner with a monthly statement detailing the following: (a) The number of complete rental(s) during month, (b) The Rental Price and any additional specified charges for each such rental, (c) The name of the e-mailer or advertiser involved in each rental, (d) The broadcast date, the number of emails to be broadcast, (e) The amount of any disbursements made on behalf of the List Owner (f) the net amount due to the List Owner after payment of Marketer's Commission (if any) ("Royalties").

12. Payment. Payment of Royalties (net of any disbursements made on behalf of the List Owner) shall occur on the fifteenth (15th) of the month following receipt of payment. Additionally, List Owner may authorize that all or a portion of the draw or commissions may be used for the purposes of marketing, as detailed in section 7.

13. Collection. Marketer does not warrant, represent or guarantee that an Intermediary will make any payment and the Marketer shall not in any manner whatsoever be responsible to List Owner or any other individual or entity for any Rental Price or other payments due from Intermediaries. The Parties acknowledge that payment from Intermediaries generally does not occur until thirty (30) days after the invoice is supplied to the Intermediary. In the event that the Intermediary has not made payment within ninety (90) days after receiving an invoice, Marketer shall so notify the List Owner. Unless otherwise stated, Marketer shall use its commercially reasonable efforts to collect the Rental Price or other payments due from Intermediaries; however, the Marketer is not obligated or required to bring any lawsuit or engage any collection services to recover same. Disbursements made by Marketer or its affiliates in conjunction with collection activity require the approval of and shall be reimbursed promptly by the List Owner, or, at Marketer's sole discretion, set-off against Royalties due to List Owner. List Owner reserves the right to take whatever collection activity it deems appropriate including the institution of suit to effect payment; provided, however, that any payment made by or on behalf of an Intermediary as a result of such collection activity shall remain subject to any Commission due to Marketer.

14. Representations and Warranties. List Owner represents and warrants to Marketer that (a) the List shall at all times include only email addresses that (i) belong to users who opted-in to email communications from Deborah Johns Newsletter, and (ii) were collected in accordance with applicable laws and regulations; (b) the performance of List Owner's obligations hereunder will not breach, violate or conflict with the terms of any other agreement to which List Owner is a party or by which List Owner is bound; (c) List Owner has not previously granted to any person, other than Marketer or its affiliates, any right to rent or market Ad Space. In addition, List Owner agrees that all blasting, communications and distributions to the List in connection with List Advertising Agreements shall contain an opt-out (unsubscribe) methodology that complies with all applicable laws and regulations.

15. NO WARRANTIES; SPECIAL DAMAGES. NEITHER PARTY MAKES ANY WARRANTIES, EXPRESS OR IMPLIED, EXCEPT AS EXPRESSLY SET FORTH HEREIN. NO PARTY SHALL BE LIABLE OR RESPONSIBLE FOR ANY SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES OR FOR ANY LOSS OF PROFITS OR REVENUES (EVEN IF THE PARTY IS AWARE OF THE POSSIBILITY OF SUCH DAMAGES) IN CONNECTION WITH THIS AGREEMENT.

16. Limitation of Liability. Marketer shall not be responsible for any actions of any Intermediary, including any breach by and Intermediary of any List Advertising Agreement and List Owner hereby expressly waives all such claims against Marketer. IN NO EVENT SHALL MARKETER'S LIABILITY UNDER THIS AGREEMENT EXCEED THE VALUE OF THE COMMISSIONS ACTUALLY RECEIVED BY MARKETER UNDER THE TERMS OF THIS AGREEMENT

17. Indemnity. Subject to Section 15, each party (the "indemnifying party") hereby indemnifies and holds harmless the other party, its parent, affiliated and subsidiary companies, their successors and assigns, their officers, directors, employees, representatives and/or agents or each of them ("Indemnitees"), from and against any and all liabilities, obligations, claims, damages, fines, penalties, interest, and expenses, (including without limitation reasonable fees and disbursements of counsel) incurred by the Indemnitee in any suit, action or proceeding (including but not limited to those in connection with libel, copyright violation, trademark, trade name plagiarism or privacy claims) arising out of any breach by the indemnifying party of its covenants, warranties, representations and agreements herein. The obligations under this Paragraph shall survive the expiration or termination of this Agreement.

18. Non-Interference. During the Term and for a period of one year thereafter, List Owner shall not hire or solicit the employment of any person whom Marketer employed during the Term of the contract. The obligations of this paragraph shall survive the termination of this Agreement.

19. **Protection of Clients. During the Term and for a period of one year thereafter, List Owner shall not, and shall cause its affiliates not to, directly or indirectly, solicit, contact, approach, communicate or otherwise deal with, any Intermediary to which Marketer contacted for the purposes of offering Ad Space, or actually sold Ad Space to, without prior written permission from Marketer; provided, that, the foregoing sentence shall not apply to any Existing Clients of List Owner. List Owner agrees to provide Marketer a list of Existing Clients within 30 days of this agreement being signed. List Owner agrees that neither it nor List Owner's principals will create any duplicate email lists using the List, or part thereof, for the purposes of dissemination and commercial messaging. List Owner agrees the non-solicitation of Marketer's clients stated herein applies to all email lists owned or controlled by List Owner or its affiliates. The obligations of this paragraph shall survive the termination of this Agreement.**

20. Non-Disparagement. During the Term and at any time thereafter, each Party agrees not to take any action or make any statements (whether orally, in writing or in electronic form) that may defame or disparage in any manner the other Party or its affiliates or any of its products, services, editorial focus, or other aspect of any of its businesses, or any of its existing or former employees. The obligations of this paragraph shall survive the termination of this Agreement.

21. Confidentiality. Each Party agrees to keep confidential and not disclose to any third party any confidential information of the other Party or its affiliates that is disclosed to such Party (the "receiving party") prior to or during the Term by the other Party (the "disclosing party"), and the terms and conditions of this agreement (collectively, "confidential information"); provided, that the following shall not be deemed to be "confidential information": information that (i) was or becomes publicly available without any violation of this Agreement by the receiving party, (ii) was available to the receiving party on a non-confidential basis

3

prior to its disclosure by the disclosing party, (iii) becomes available to the receiving party from a person other than the disclosing party who is not subject to any legally binding obligation to keep such information confidential, or (iv) is developed by the receiving party independently of any confidential information it receives from the disclosing party, and <u>provided</u>, further, that the Parties may disclose confidential information (a) as required by law or administrative or judicial proceeding; (b) to the extent required for a Party to perform its obligations under this Agreement; (c) to a Party's affiliates, legal counsel and/or financial advisors; and (d) with the prior written consent of the other Party.

22. Entire Agreement. This Agreement constitutes the entire agreement between the Parties and may not be modified except by a written instrument signed by the Parties. Newsmax Media, Inc. accepts no counteroffer, other terms or conditions. This Agreement is not valid unless signed and initialed by List Owner and Marketer, but may be executed in one or more counterparts, each of which will be deemed to be an original copy of this Agreement and all of which, when taken together, will be deemed to constitute one and the same agreement.

23. Dispute Resolution. Both Parties agree to make their best efforts to communicate and resolve any controversies, claims, or disputes which may materially affect the performance of either Party under this Agreement within two (2) weeks of the dispute being communicated. Any disputes that cannot be mutually resolved will then be settled by arbitration in the State of Florida, in accordance with the laws of the State of Florida and the rules of the American Arbitration Association. Judgment of the award made by the arbitrators may be entered in any Court having jurisdiction thereof.   EACH PARTY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM BROUGHT AGAINST THE OTHER FOR ANY MATTERS WHATSOEVER ARISING OUT OF OR IN ANY WAY CONNECTED WITH THIS AGREEMENT. NO ACTION, SUIT OR PROCEEDING SHALL BE BROUGHT AGAINST THE OTHER PARTY MORE THAN ONE YEAR AFTER THE DATE OF SERVICE PERFORMED THAT IS THE SUBJECT OF SUCH ACTION, SUIT OR PROCEEDING.

24. Governing Law  This Agreement will be governed by and construed in accordance with the laws of the State of Florida

25. **Successors and Assigns. List Owner may not assign any of its rights or delegate any of its obligations hereunder without the prior written consent of the other Party. Marketer may assign any of its rights or delegate any of its obligations hereunder without the prior written consent of List Owner. Subject to the l foregoing, this Agreement shall be binding upon and inure to the benefit of the successors and permitted assigns of the Parties.**

26 Third Party Rights. Nothing expressed or referred to in this Agreement will be construed to give any Person other than the Parties any legal or equitable right, remedy or claim under or with respect to this Agreement or any provision of this Agreement, except such rights as shall inure to a successor or permitted assignee hereunder.

27. No Waiver.  Unless waived as part of the terms of this Agreement, any waiver of any right by either Party to this Agreement must be in writing and shall constitute a single and separable act, and shall not constitute a waiver of that same right thereafter, or of any other rights.

28. Independent Contractors.  The Parties' relationship shall be that of independent contractors, and nothing in this Agreement shall create an agency, joint venture, partnership, employment, or other similar relationship between the Parties.

4

Effective Date. June 10, 2011

List Owner's Contact Information

Corporate/Legal Company Name: **XXX**

Billing Address.

Telephone: **XX**

Fax: (**Xx**

E-mail (if applicable): **XX**

Print Name: **X**

Signatory's Title: **X**

Signature: _Deborah K. Johns_ (X)  Date: 6/15/11

Newsmax Media, Inc.

Signature: _____  Date: 6/15/11
Brian Todd, Chief Operating Officer

*Handwritten:*
Deborah K. Johns
2235 Banbury Cir.
Roseville CA 95661
916 716-2749 cell
916 784-1778 Fax
dkwj@earthlink.net

## Schedule A

### List Advertising Agreement Terms

- Rental of Ad Space shall consist of List Owner including specified advertisement or other content ("Content") in specified emails distributed to all email addresses in the then-current List
- Ad Space may be for either an Exclusive Ad or a Sponsored (Banner) Ad.
- Ad Space rental shall be for one specified email broadcast date.
- All Content shall be subject to approval by List Owner and Marketer prior to distribution.
- Content must be provided by Intermediary to Marketer in specified format, which must be compatible with List Owner's specifications

5

**EXHIBIT 2**

**Contact** | **Advertise** | **Shop** | **RSS** | **Archives** | **Links**

  

Kessler
DiGenova: Holder's Objection to Voter ID Is 'Absurd'

**Home**  **Newsmax**  **Money**  **Health**  **World**  **Newsmax.TV**

FREE NEWS ALERTS  Enter Email Address  [Sign Up]

Inside Cover | Newsfront | U.S. | Politics | Insiders | The Wire | Science & Technology | Slideshows | Jokes | Cartoons

December 19, 2011

**Breaking: Supreme Court Sets Unprecedented Full Week to Hear Obamacare in March**

- Media Kit Home
- **Demographics**
  - Newsmax.com
  - Newsmax Magazine
  - Newsmax E-mail Alerts
- **Advertising Rates**
  - Rates Newsmax.com
  - Rates Magazine
  - Rates Exclusive E-mails
  - Rates Sponsored E-mails
  - Rates Newsletters
- **External Email Lists**
  - Have Newsmax Manage Your Email List
  - League of American Voters
  - TheTeaParty.net
  - Senior Awareness
  - Liberty Extra
  - Health Freedom USA
  - Matt Lesko
  - Americans For Tax Reform
  - Daily Kindness
  - Interview With God
  - Minute Man Civil Defense
  - Tea Party Contacts
  - Bryan Ellis Investing
  - NewsAlerts USA
- **Mechanical Requirements**
  - Newsmax.com Ad Specs
  - E-mail Specs
  - Magazine Deadline – Ad Specs
  - Magazine Digital Specs
- **Testimonials**
  - What Our Advertisers Are Saying
  - NBC Star Makes Fortune Using Newsmax
  - ClickZ: Newsmax Finds 'Rich Republicans'
  - Rich Republicans Reach 5 Million
  - Ad Age Says E-mail Is 'Killer App'
  - Election Advertising
  - Internet Advertising Grows As Traditional Outlets Suffer



**Deborah Johns Marine Mom Email List – 95,000 Opt-in Subscribers**

These opt-in subscribers encourage the pro-troop movement pioneered by Deborah Johns. They support its efforts to take care of the brave men and women that serve our country as well as the fight against terrorism.

**Key Demographics**

- 59 % female
- 53 % are 50+
- 70 % + consider themselves Conservative/Republican
- 73% Feel a government program is not helpful
- 40% Usually purchase vitamins or supplements online
- 74% Donate to charities, 62 % to political causes and 52% to religious organizations

Source: Zoomerang Survey, 2011

**Quantity and Rental Rates:**

Total List Quantity: 95,000 Names

Price per Thousand: ($ 30 CPM Exclusive) ($ 12.50 CPM Sponsorship)

Minimum Order: Full List

**Selections:**

HTML Setup           $150 Flat

A/B Splits               No

Personalization     $10/M

**Specifications:**

Exclusive: Unlimited text, subject line, maximum 3 hyperlinks

Sponsorship: The Banner will be located in the middle or the right side of the article text. The Text Link will appear below the banner

- 300x250 banner image
- Text Link, Maximum Two Lines (160 characters including spaces)

*Note: all banners will require replacement text as newsletter is emailed with both TEXT and HTML versions

**Cancellations:** 25% if cancelled within 3 days of run date.

**Maintenance:** Updated daily and is CAN-SPAM compliant





| Profile in Marketing Success: ROM Machine |
| Tap into the Power of Emails with Newsmax |
| Geo-Targeted Email Marketing |

**Home    Jokes    Links    Advertise    Cartoons    Contact    Shop    Archives    RSS    Insiders    Terms & conditions    Privacy Policy**

Newsmax.com
America's News Page
© 2011 Newsmax.com All Rights Reserved