UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

– – – – – – – – – – – – – – – – – – – – – – – – x
:
DEBORAH JOHNS, :
:
   Plaintiff, :
:
                 v. :         Case: 1:11-cv-02258-RMC
:
:
NEWSMAX MEDIA, INC., :
:
   Defendant. :
::
– – – – – – – – – – – – – – – – – – – – – – – – x

**DEFENDANT NEWSMAX MEDIA, INC.'S**
**<u>CERTIFICATE REQUIRED BY FED. R. CIV. PRO. 7.1 AND LCvR 7.1</u>**

I, the undersigned, counsel of record for defendant Newsmax Media, Inc. ("Newsmax"), certify that to the best of my knowledge and belief, Newsmax has no parent company and that there are no parent companies, subsidiaries, or affiliates of Newsmax which have any outstanding securities in the hands of the public.

2

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

| | |
|---|---|
| Date:  February 21, 2012 |       /s/ Joseph G. Cosby           |
| | Kermit A. Rosenberg, Esq. (D.C. Bar. No. 219089) |
| Mark Lerner, Esq. (Of Counsel) | Joseph G. Cosby, Esq. (D.C. Bar No. 471320) |
| Michael H. Gibson, Esq. (Of Counsel) | Butzel Long Tighe Patton, PLLC |
| Sattlerlee Stephens Burke & Burke, LLP | 1747 Pennsylvania Avenue N.W., Suite 300 |
| 230 Park Ave. | Washington, DC 20006 |
| New York, NY 10169-0079 | 202.454.2800 |
| 212.818.9200 | krosenberg@bltplaw.com |
| | jcosby@bltplaw.com |

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on this 21st day of February, 2012 electronically through this Court's CM/ECF system on the following:

Dan Backer (D.C. Bar No. 996641)
P.O. Box 75021
Washington, DC 20013
202.210.5431
dbacker@dbcapitolstrategies.com
*Attorney for Plaintiff*

      /s/  Joseph G. Cosby          <br>JOSEPH G. COSBY