# EXHIBIT A

# Dan Backer

| | |
|---|---|
| **From:** | Dan Backer <DBacker@DBCapitolStrategies.com> |
| **Sent:** | Monday, December 19, 2011 3:33 PM |
| **To:** | 'Nancy Harrington' |
| **Cc:** | Matthew D'Lando |
| **Subject:** | RE: Deb Johns Email File/copy of lawsuit. |
| **Attachments:** | 2011-12-19 Johns v Newsmax complaint.pdf |

Dear Ms. Harrington,

Regrettably, despite our repeated best efforts to resolve this matter amicably, your organization seems hell-bent on forcing us to take this matter to court. It's deeply regrettable and wholly unnecessary that you've simply left us with no other option to protect the interest of my client.

#5 → Attached, as a courtesy, is a copy of the complaint we will be filing tomorrow; please forward this on to your counsel (proper service to follow once we file).

Naturally, once filed, I will of course provide notice of potential conflict to my clients that use your service as to the pendency and nature of this claim so as to avoid any potential undisclosed conflicts of interest.

I'm sorry that we've been left no choice but to take this simple & easily avoidable matter to court.


Regards,

Dan Backer, Esq.
202-210-5431 office
202-478-0750 fax

## DB Capitol Strategies

***PAC * GRASSROOTS * ADVOCACY * NONPROFIT***
Home of The Strategist, a monthly PAC update
www.DBCapitolStrategies.com
http://twitter.com/DBCapStrategies

---

**From:** Nancy Harrington
**Sent:** Tuesday, December 13, 2011 5:19 PM
**To:** Dan Backer
**Subject:** RE: Deb Johns Email File

This issue is being reviewed again internally. I hope to get back to you tomorrow. ← #4
Thank you,

*Nancy Harrington*
VP Marketing
Newsmax Media

**From:** Dan Backer [mailto:DBacker@DBCapitolStrategies.com]
**Sent:** Monday, December 12, 2011 6:10 PM
**To:** Nancy Harrington
**Cc:** Matthew D'Lando
**Subject:** RE: Deb Johns Email File

Ms. Harrington,



Upon further review of the contract, I would point you to Section 1 which reads "Services. List Owner hereby grants to Marketer the exclusive right during the Term . . . to market and rent advertising space in emails to be distributed to the List. Marketer will maintain and update the List (additions and deletions) on a monthly basis, and agrees to honor all opt-out (unsubscribe) requests . . . The List shall remain the sole property of List Owner"

The plain language of the contract clearly indicates that opt-outs, bounces, and any personally identifiable information that is or becomes part of the list is at all times the property of my client. Your retention of that property amounts to unlawful conversion, and is actionable for damages in addition to the breach of contract your conduct represents.

I am doing my best to resolve this matter amicably, despite the fact that Newsmax has at this point breached the contract in multiple ways, because I am not interested in causing grief to your organization, and because I value the working relationship I have with Newsmax, including on behalf of my client TheTeaParty.net (which is sponsoring a Presidential Debate with Newsmax) and others. However, my first duty is to my client, and it has been well past 30 days since notice of termination was given, and you are still in unlawful possession of the property of my client, the continued possession of which causes her daily economic harm as she cannot herself commercialize her property as a consequence – a very serious harm during the holiday season and run up to the first primaries.

As a consequence, I am providing you notice that unless I receive my clients property from you in a manner that clearly complies with your obligations under your own contract by 5 PM on 12/15/2011, we will be forced to engage in litigation for the various claims I discussed yesterday, the additional breach of contract and conversion claims I identify for you here, and other claims that I have identified today, none of which are limited by the contract (including, specifically, the extensive damages from conversion).

I would hope we can avoid that. Additionally, I would hope that I am not given reason to question your treatment of the proprietary information you have that belongs to my other clients - something that your failure to speedily fulfill your contractual obligations would certainly encourage.

I hope to hear from you soon to amicably and expeditiously resolve this matter.

Regards,

Dan Backer, Esq.
202-210-5431 office
202-478-0750 fax

**DB Capitol Strategies**
*PAC * GRASSROOTS * ADVOCACY * NONPROFIT*
Home of The Strategist, a monthly PAC update
www.DBCapitolStrategies.com
http://twitter.com/DBCapStrategies

**From:** Nancy Harrington
**Sent:** Friday, December 09, 2011 4:50 PM
**To:** DBacker@DBCapitolStrategies.com

2

**Cc:** Matthew D'Lando
**Subject:** Deb Johns Email File

Dear Mr. Backer,

I know you've been working with Matt D'Lando regarding your request of a 'cleaned' email file for the Deborah Johns list.

[#1] ==It is the position of the company not to return updated files.== After reviewing the contract and the CAN Spam laws with our legal counsel we are comfortable with our position in this matter. Data gathered from the survey was used as part of the sales sheet. Attached is a copy of that sales sheet. We feel all our contractual obligations have been fulfilled.

Thank you,

*Nancy Harrington*
VP Marketing
Newsmax Media