# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DEBORAH JOHNS,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 11-02258 (RMC) |
| **NEWSMAX MEDIA, INC.,** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons stated in the accompanying Opinion, it is herby

**ORDERED** that Defendants' Motion to Dismiss for Lack of Jurisdiction and/or Improper Venue or in the Alternative to Stay and Compel Arbitration [Dkt. 4] is **DENIED in part** (with respect to dismissal for jurisdiction and venue) and **GRANTED in part** (with respect to compelling arbitration); and it is

**FURTHER ORDERED** that this case is stayed and the matter is referred to arbitration in the State of Florida, in accordance with the laws of the State of Florida and the rules of the American Arbitration Association.

Date:  August 24, 2012

/s/
ROSEMARY M. COLLYER
United States District Judge