UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Deborah Johns,<br><br>        Plaintiff,<br><br>        v.<br><br>Newsmax Media, Inc.,<br><br>        Defendant. | Case: 1:11-cv-02258-RMC |

## JOINT STATUS REPORT

Pursuant to the Court's August 28, 2012 Minute Order, the parties hereby submit the following quarterly status update regarding this matter.

Since the August 24, 2012 Order staying this action and compelling Plaintiff to arbitrate this dispute, Plaintiff filed a motion for reconsideration of the Court's Order. On October 18, 2012, the Court denied Plaintiff's motion for reconsideration. As of the date of this letter, given the recent denial of Plaintiff's motion for reconsideration, Plaintiff has yet to initiate an arbitration proceeding against Newsmax or notice the Court of an impending appeal.

October 31, 2012

                                                            Respectfully submitted,

                                                                    /s/ Joseph G. Cosby

| | |
|---|---|
| Mark Lerner, Esq. (*pro hac vice*) | Kermit A. Rosenberg, Esq. (D.C. Bar. No. 219089) |
| Michael Gibson, Esq (*pro hac vice*) | Joseph G. Cosby, Esq. (D.C. Bar No. 471320) |
| Sattlerlee Stephens Burke & Burke, LLP | Butzel Long Tighe Patton, PLLC |
| 230 Park Ave. | 1747 Pennsylvania Avenue N.W., Suite 300 |
| New York, NY 10169-0079 | Washington, DC 20006 |
| 212.818.9200 | 202.454.2800 |
| | krosenberg@bltplaw.com |
| | jcosby@bltplaw.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Defendant* |

1
**Error! Unknown document property name.**

  /s/ Dan Backer_____
Dan Backer (D.C. Bar No. 996641)
P.O. Box 75021
Washington, DC 20013
202.210.5431
dbacker@dbcapitolstrategies.com

***Attorney for Plaintiff***