UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Deborah Johns,

        Plaintiff,

              v.                      Case: 1:11-cv-02258-RMC

Newsmax Media, Inc.,

        Defendant.

**JOINT STATUS REPORT**

        Pursuant to the Court's August 28, 2012 Minute Order, the parties hereby submit the following quarterly status update regarding this matter.

        On or about December 20, 2012, Plaintiff filed a Demand for Arbitration with the American Arbitration Association (the "AAA") in Florida. Defendant's deadline to respond to the Statement of Claim is February 25, 2013.

February 8, 2013

                                    Respectfully submitted,

                                    /s/ Joseph G. Cosby

Mark Lerner, Esq. (*pro hac vice*)       Kermit A. Rosenberg, Esq. (D.C. Bar No. 219089)
Michael Gibson, Esq (*pro hac vice*)     Joseph G. Cosby, Esq. (D.C. Bar No. 471320)
Sattlerlee Stephens Burke & Burke, LLP  Butzel Long Tighe Patton, PLLC
230 Park Ave.                          1747 Pennsylvania Avenue N.W., Suite 300
New York, NY 10169-0079          Washington, DC 20006
212.818.9200                          202.454.2800
                                     krosenberg@bltplaw.com
                                   jcosby@bltplaw.com

*Attorneys for Defendant*             *Attorneys for Defendant*

  /s/ Dan Backer
Dan Backer (D.C. Bar No. 996641)
P.O. Box 75021
Washington, DC 20013
202.210.5431
dbacker@dbcapitolstrategies.com

**_Attorney for Plaintiff_**